## Affidavit In Support of Criminal Complaint and Arrest Warrant

I Jason D. Grende, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation and am currently assigned to the Kalispell Resident Agency in Kalispell, Montana. I have been employed as a SA since October 2002. Since that time, I have been assigned as a Case Agent on a variety of federal criminal investigations, and have obtained and executed federal search and arrest warrants on numerous occasions. The statements in this affidavit are based on my personal investigation, training and experience, and information obtained by other agents, law enforcement officers, and witnesses. This affidavit is submitted in support of criminal complaint charging JEFFREY BRIAN HUNTER (Hunter) with unlawful flight to avoid prosecution in violation of 18 U.S.C. § 1073. Because this affidavit is submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation.

2. On August 22, 2019, Hunter was formally charged in Flathead County District Court, Kalispell, Montana with the crime of Custodial Interference, a felony, in violation of Montana law, namely: Mont Code Ann. 45-5-304(2), punishable by a maximum term in the Montana State Prison of ten years. The charge stems from the following incident:

1

3. On June 19, 2019, Nick Bigoness (Nick) contacted the Flathead County Sheriff's Office (FCSO) to report his daughter, Robyn Bigoness (Robyn) has not had contact with her three children for several months. Nick is the personal representative for Robyn because she is hearing impaired.

4. According to FCSO investigative reports, Robyn has a parenting plan with Hunter that was issued in Flathead County District Court. The most recent plan states the children will reside with Hunter during the school year. The children will then reside with Marlys Bigoness (maternal aunt) during the summer break and Robyn can freely see her children during that time. The children were supposed to be transported to Montana for their summer break, but Hunter ignored the parenting plan. Since Robyn had not heard from her children or Hunter, she requested law enforcement in Astoria, Oregon perform a welfare check upon Hunter's last known address to check on the children, however, no one was living at the home.

6. According Bonnie Hunter's Facebook page it appears that Hunter has moved the children along with Bonnie, Hunter's wife, to Rincon, Puerto Rico. Nick believes Bonnie may have a family connection to someone in Puerto Rico. Bonnie has posted several pictures of the children in what appears to be somewhere in Puerto Rico to include one picture of Child 1 with the caption, "So proud of [Child 1] she is headed to Job Corp for the nursing program." Nick contacted the Job Corp in

2

Aguadilla, Puerto Rico and spoke to Child 1 on the telephone. Child 1 did not know the address of the home where they were living, but verified it was in Rincon, Puerto Rico. Nick is concerned for the safety of the children since Bonnie has State warrants for her arrest issued from both Florida and Montana. Child 1 also told Nick that Hunter is aware of the State of Montana warrant for his arrest.

7. Based on the foregoing, Affiant submits that there is probable cause to believe Jeffrey Brian Hunter did knowingly move or travel in interstate or foreign commerce with the intent to avoid prosecution, in violation of 18 U.S.C. § 1073(1).

*[signature]*
Jason D. Grende, Special Agent
Federal Bureau of Investigation

SUBCRIBED TO AND SWORN BEFORE ME this 24 day of September, 2019.

*[signature]*
Hon. Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana

3